UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:99-CR-20-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | GOVERNMENT'S PROPOSED |
| | ) | <u>SEALED RESPONSE</u> |
| | ) | |
| TARYELL JAVOA POWELL | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 47 be sealed.

This the 23rd day of September 2015.

_____
MALCOLM J. HOWARD
Senior United States District Judge